# United States District Court

## Southern District of Georgia

TOCCARA DAVIS, a Guardian or D.W., a minor,

Plaintiff

v.   BOJ OF WNC, LLC,

Defendant

Case No.   1:21-cv-00155-JRH-BKE

Appearing on behalf of   Houston Casualty/Tokio Marine America

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of May, 2022.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Charles A. Jones

Business Address:   Troutman Pepper Hamilton Sanders LLP
Firm/Business Name

401 Ninth St. NW
Street Address

Washington   DC   20004
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

202.662.2074
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   tony.jones@troutman.com